IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JUAN PENA and KAREN I. GALDAMEZ LINARES,<br><br>§ Plaintiffs,<br><br>v.<br><br>PHH MORTGAGE CORPORATION,<br><br>§ Defendant. | § § § § § § § § § § § § Case No. 3:20-cv-02830-K |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated January 24, 2022. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED.

Signed February 9th, 2022.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE